UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOIS CRAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV62 CDP |
| ) | |
| APPLEBEE'S INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons stated in the parties' joint stipulation for remand,

**IT IS HEREBY ORDERED** that this case is remanded to the Missouri Circuit Court of St. Louis County, with each party to bear its own costs and attorney fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2009.